**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2049**

CASEY LYNN JORDAN,

        Plaintiff - Appellant,

    v.

ALLSTATE INSURANCE COMPANY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:14-cv-03007-RBH)

Submitted:  February 16, 2017      Decided:  March 8, 2017

Before GREGORY, Chief Judge, and WILKINSON and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick J. McLaughlin, WUKELA LAW FIRM, Florence, South Carolina, for Appellant.  R. Hawthorne Barrett, TURNER, PADGET, GRAHAM & LANEY, P.A., Columbia, South Carolina; John S. Wilkerson, TURNER, PADGET, GRAHAM & LANEY, P.A., Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Lynn Jordan appeals the district court's order granting summary judgment to Allstate Insurance Company on her claims alleging bad faith refusal to pay, bad faith handling/adjusting her claim, and breach of contract. We have reviewed the record included on appeal, as well as the parties' briefs, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jordan v. Allstate Ins. Co., No. 4:14-cv-03007-RBH (D.S.C. Aug. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED